# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129114

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                  SC: 129114
                                                  COA: 259113

MICHAEL ANTHONY CARROLL,
      Defendant-Appellant.
                                                  Genesee CC: 82-031970-FY

_____/

On order of the Court, the application for leave to appeal the June 24, 2005 order of the Court of Appeals is considered. We DIRECT the Genesee County Prosecuting Attorney to answer the defendant's application for leave to appeal, including the question whether dismissal is required under the Interstate Agreement on Detainers, within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

d1121